UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RODNEY JONES, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LOCAL 798 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO,<br><br>    Defendant. | 4:20-cv-00585-CRK-CDL |

## JUDGMENT OF DISMISSAL

This matter comes before the Court on Plaintiffs Rodney Jones, John McIntosh, Marcus Ball, Kelly Jordan, and Anthony Taylor's race discrimination claims under 42 U.S.C. §§ 1981 and 2000e.  In an Opinion and Order filed on March 26, 2024, see ECF No. 67, the Court granted Defendant Local 798 of the United Association of Journeyman and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, AFL-CIO's Motion to Dismiss, Sept. 29, 2023, ECF No. 61, and dismissed Plaintiffs' Third Amended Complaint, Aug. 8, 2023, ECF No. 57, with prejudice as to all counts.  The issues having been duly considered, and for the reasons given in the Opinion and Order, it is

4:20-cv-00585-CRK-CDL

**ORDERED, ADJUDGED, AND DECREED** that this judgment of dismissal is entered in favor of Defendant and against Plaintiffs.

/s/ Claire R. Kelly
Claire R. Kelly, Judge[*]

Dated:   March 27, 2024
         New York, New York

---

[*] Judge Claire R. Kelly, of the United States Court of International Trade, sitting by designation.